NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KENNETH WASHINGTON,                          )
                                             )
              Appellant,                     )
                                             )
v.                                           )          Case No. 2D18-1058
                                             )
STATE OF FLORIDA,                            )
                                             )
              Appellee.                      )
_____ )

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.


              Affirmed.


VILLANTI, KHOUZAM, and SLEET, JJ., Concur.